■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR AUGUSTIN, Also Known as SALVADORE AUGUSTINE, Appellant. [2 NYS3d 892]—An appeal having been taken to this Court by the above-named appellant from a judgment of resentence of the Supreme Court, New York County (Marcy Kahn, J.), rendered on or about June 14, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Tom, Richter, Manzanet-Daniels and Kapnick, JJ.